FILED

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

2020 JAN 15  PM 4: 44

CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA FLORIDA

UNITED STATES OF AMERICA

v.                                   CASE NO. 8:2020 cr 18 TJS CPT

                                     18 U.S.C. § 1349
ALFREDO AGROMAYOR,                   18 U.S.C. § 1343
JULIO ROSA,
JOHN FIGUEROA,
EMMANUEL FULLER,                     SEALED
JOSHUA CORNMAN, and
CHRISTOPHER MOQUETTE

## INDICTMENT

The Grand Jury charges:

## COUNT ONE
### (Conspiracy to Commit Wire Fraud-18 U.S.C. § 1349)

### A.    Introduction



At times material to this Indictment:

1.    American Telephone and Telegraph, Inc. ("AT&T") was a

telecommunications company that provided, among other services, cellular

telephone accounts to its customers. In addition, AT&T allowed customers to

purchase iPhones at authorized retail stores using NEXT Installment plans.

NEXT Installment plans permitted customers to purchase new iPhones with

minimal upfront costs but required monthly installment payments afterwards.

When a customer failed to make payments under the NEXT Installment plan, AT&T suffered a financial loss for the cost of the iPhone.

2.      S.W. was an authorized AT&T retail store located in Tampa, Florida in the Middle District of Florida. Some of S.W.'s employees had access to AT&T customers' accounts and the ability to change information associated with these accounts. When an employee at an authorized AT&T retail store, such as S.W., changed a customer's account by entering information into a desktop or tablet at the retail store, the change was transported via AT&T intranet to one of several servers located in states other than Florida.

## B.      The Conspiracy

3.      From as early as in or about January 2017, and continuing through at least in or about January 2018, in the Middle District of Florida and elsewhere, the defendants,

**ALFREDO AGROMAYOR,
JULIO ROSA,
JOHN FIGUEROA,
EMMANUEL FULLER,
JOSHUA CORNMAN, and
CHRISTOPHER MOQUETTE**

did knowingly and voluntarily combine, conspire, confederate, and agree with each other and others, both known and unknown to the United States, to commit wire fraud, in violation of 18 U.S.C. § 1343.

2

B.    **Manner and Means of the Conspiracy**

4.    The manner and means by which the defendants sought to accomplish the objects and purpose of the conspiracy included, among others, the following:

a.    It was part of the conspiracy that coconspirators would and did fraudulently access personally identifiable information (PII) of others to carry out the scheme.

b.    It was further a part of the conspiracy that coconspirators would and did call AT&T Telesales to create new AT&T cellular telephone accounts and add coconspirators to existing AT&T cellular telephone accounts.

c.    It was further a part of the conspiracy that a conspirator, while working at S.W. in Tampa, Florida, would and did alter existing AT&T cellular telephone accounts by changing customers' information, such as the names, addresses, or other information on the accounts, in order to falsely and fraudulently associate said accounts with coconspirators referred to as "runners."

d.    It was further a part of the conspiracy that when a conspirator changed customers' AT&T cellular telephone accounts at S.W. in

Tampa, Florida, the changes were transported via AT&T intranet to one of several servers located in states other than Florida.

e.      It was further a part of the conspiracy that a conspirator would and did allow a coconspirator to access a portable device, referred to as an OPUS tablet, that the conspirator possessed as part of his employment with S.W.

f.      It was further a part of the conspiracy that conspirators would and did use the OPUS tablet to remotely access and falsely and fraudulently change AT&T customers' cellular telephone account information.

g.      It was further a part of the conspiracy that after the AT&T customers' cellular telephone accounts were changed, conspirators, including, but not limited to runners, would and did travel to retail stores in various states to use falsely and fraudulently changed AT&T customers' account information to purchase iPhones.

h.      It was further a part of the conspiracy that conspirators, including, but not limited to runners, would and did purchase iPhones by paying only the sales tax or limited up front costs, rather than the full cost pursuant to the NEXT Installment plan.

i. It was further a part of the conspiracy that conspirators would and did mail the falsely and fraudulently obtained iPhones to a coconspirator located in the Southern District of Florida.

j. It was further a part of the conspiracy that a conspirator would and did sell the falsely and fraudulently obtained iPhones for a profit.

k. It was further a part of the conspiracy that conspirators would and did make payments to coconspirators, including the runners, for their roles in falsely and fraudulently obtaining the iPhones.

l. It was a further part of the conspiracy that conspirators would and did misrepresent, hide, and conceal, and cause to be misrepresented, hidden and concealed, the purpose of acts performed in furtherance of the conspiracy.

All in violation of 18 U.S.C. § 1349.

## COUNTS TWO THROUGH ELEVEN
### (Wire Fraud-18 U.S.C. § 1343)

### A. Introduction

1. The Grand Jury hereby realleges and incorporates by reference Paragraphs 1 and 2 of Count One of this Indictment as if fully set forth herein.

**B.** **The Scheme and Artifice**

2.    From as early as in or about January 2017, and continuing through at least in or about January 2018, in the Middle District of Florida and elsewhere, the defendant,

**ALFREDO AGROMAYOR,**

knowingly devised and intended to devise a scheme and artifice to defraud, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises.

**C.** **Manner and Means of the Scheme and Artifice**

3.    The Grand Jury hereby realleges and incorporates by reference Paragraphs 4a- 4l of Count One of this Indictment as if fully set forth herein.

**D.** **Execution of the Scheme and Artifice**

4.    On or about the dates set forth below in Counts Two through Eleven, in the Middle District of Florida and elsewhere, the defendant,

**ALFREDO AGROMAYOR,**

for the purpose of executing the aforementioned scheme and artifice, knowingly and intentionally transmitted and caused to be transmitted by means of wire communication in interstate and foreign commerce the writings, signs, signals, pictures, and sounds described below, each transmission constituting a separate count:

| COUNT | DATE OF WIRE | DESCRIPTION OF WIRE |
|---|---|---|
| TWO | July 1, 2016 | Wire transfer in the amount of $650 from the defendant's TD Bank Depository Account ending in 0455 to a coconspirator's Grow Financial Federal Credit Union account ending in 6732 |
| THREE | March 8, 2017 | Wire transfer in the amount of $500 from the defendant's TD Bank Depository Account ending in 0455 to a coconspirator's PNC Bank account ending in 9143 |
| FOUR | March 17, 2017 | Wire transfer in the amount of $2200 from the defendant's TD Bank Depository Account ending in 0455 to a coconspirator's PNC Bank account ending in 9143 |
| FIVE | March 27, 2017 | Wire transfer in the amount of $1800 from the defendant's TD Bank Depository Account ending in 0455 to a coconspirator's PNC Bank account ending in 9143 |
| SIX | April 3, 2017 | Wire transfer in the amount of $1600 from the defendant's TD Bank Depository Account ending in 0455 to a coconspirator's PNC Bank account ending in 9143 |
| SEVEN | April 11, 2017 | Wire transfer in the amount of $1800 from the defendant's TD Bank Depository Account ending in 0455 to a coconspirator's PNC Bank account ending in 9143 |
| EIGHT | April 19, 2017 | Wire transfer in the amount of $2200 from the defendant's TD Bank Depository Account ending in 0455 to a coconspirator's PNC Bank account ending in 9143 |
| NINE | April 24, 2017 | Wire transfer in the amount of $3880 from the defendant's TD Bank Depository |

| COUNT | DATE OF WIRE | DESCRIPTION OF WIRE |
|---|---|---|
| | | Account ending in 0455 to a coconspirator's PNC Bank account ending in 9143 |
| TEN | May 8, 2017 | Wire transfer in the amount of $3400 from the defendant's TD Bank Depository Account ending in 0455 to a coconspirator's PNC Bank account ending in 9143 |
| ELEVEN | May 15, 2017 | Wire transfer in the amount of $2800 from the defendant's TD Bank Depository Account ending in 0455 to a coconspirator's PNC Bank account ending in 9143 |

In violation of 18 U.S.C. § 1343.

## FORFEITURE

1.      The allegations contained in Counts One through Eleven are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

2.      Upon conviction of a conspiracy of the violation of 18 U.S.C. § 1343, in violation of 18 U.S.C. § 1349, the defendants shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property constituting, or derived from, proceeds the person obtained directly or indirectly, as a result of such violation.

3.      If any of the property described above, as a result of any act or omission of the defendant:

a.      cannot be located upon the exercise of due diligence;

b.      has been transferred or sold to, or deposited with, a

third party;

c.      has been placed beyond the jurisdiction of the court;

d.      has been substantially diminished in value;

e.      has been commingled with other property which

cannot be divided without difficulty;

the United States shall be entitled to forfeiture of substitute property under the

provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

_____
Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: _____
Maria Guzman
Assistant United States Attorney

By: _____
Jay G. Trezevant
Assistant United States Attorney
Chief, Economic Crimes Section

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
## Tampa Division

### THE UNITED STATES OF AMERICA

vs.

ALFREDO AGROMAYOR,
JULIO ROSA,
JOHN FIGUEROA,
EMMANUEL FULLER,
JOSHUA CORNMAN, and
CHRISTOPHER MOQUETTE

### INDICTMENT

Violations:   18 U.S.C. § 1349
              18 U.S.C. § 1343

A true bill,

_Mary K. Kiernan_
Foreperson

Filed in open court this 15th day

of January, 2020.

_____
Clerk

Bail $_____